ATTORNEYS AT LAW
903 SHERIDAN AVENUE, 2ND FLOOR
BRONX, NEW YORK 10451
PHONE: (718) 681-2680 • FAX: (718) 588-9599

MICHAEL A. RASKIN *
MATTHEW J. KLUGER ✦

* MEMBER OF NY & NJ BAR
✦ MEMBER OF NY & NH BAR

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.
MANHATTAN OFFICE
160 BROADWAY – 4TH FLOOR
NEW YORK, NY 10038

BY APPOINTMENT ONLY

October 17, 2007

Honorable Harold Baer
United States Courthouse
Southern District of New York
500 Pearl Street – Room 2230
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

Re: **United States v. Wilson James Baston**
    **07 Cr. 750 (HB)**

Dear Judge Baer:

I am counsel to Mr. Baston on the above-captioned indictment. Mr. Baston is scheduled to appear before this Court next on Thursday, October 25, 2007 at 11:30 a.m. The parties are actively engaged in discussions concerning a possible disposition of this matter. Accordingly, I respectfully request an adjournment of this court appearance to allow defense counsel and the Government additional time to continue what hopes to be fruitful discussions. Thus, I ask that this matter be adjourned **30 days** to a date and time convenient for the Court and all parties. Moreover, I ask that the Government be relieved of its burden to provide discovery by October 25th and that the discovery deadline be extended to correspond with the adjourn date requested herein.

For the reasons stated above, which further the ends of justice and outweigh the best interests of the public and defendants in a speedy trial, the defendant respectfully requests that all time from October 25, 2007 until the adjourn date be excluded for purposes of the Speedy Trial Act.

I have spoken with A.U.S.A. Glen G. McGorty, who has no objection to this request. Thank you.

Respectfully,

Matthew J. Kluger

cc: A.U.S.A. Glen G. McGorty

SO ORDERED
Harold Baer, Jr.
Date: 10/22/07

TOTAL P.02

Endorsement:

    Sorry until a plea is taken we proceed as if we were going to trial and that's so with respect to your discussion re disposition if it happens that's fine but my agenda is different from yours.  November 15 at 9:30 AM.