USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2007

**BY FACSIMILE**

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York

         Re:    **United States v. Wilson James Baston**
               07 Cr. 750 (HB)

Dear Judge Baer:

        The Government writes to respectfully request a brief adjournment of the pre-trial conference before Your Honor tomorrow at 9:30 a.m. Since the Court scheduled the conference, a trial before the Honorable Robert P. Paterson during which I represent the Government was rescheduled to begin yesterday, November 13, 2007. It seems that the trial is running longer than expected and will not be over before the conference. Accordingly, the Government respectfully requests that the Court adjourn the matter to the next date available for the Court and exclude the time under the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), in the interests of justice.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Glen G. McGorty/Amy Finzi
Assistant United States Attorneys
(212) 637-2505/2338

cc: defense counsel

SO ORDERED:

_____
Honorable Harold Baer, Jr.
United States District Court
Southern District of New York

[Handwritten annotations by Judge: "Friday 10/16/07 at 12:00 PM — your creed is over to Dec — will have to give USA a new boat? — SO ORDERED Harold Baer, Jr., U.S.D.J. 11/14/07"]

Endorsement:

    Friday 11/16/07 at 11:00 A.M. if your trial is over if not will have to go into December - are you the only AUSA working?