```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
           -v.-                              ORDER OF FORFEITURE
                                    :
WILSON JAMES BASTON,                         07 Cr. 750 (HB)
                                    :
           Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/7/08

WHEREAS, on or about August 13, 2007, WILSON JAMES BASTON (the "Defendant"), was charged with a seventeen count Indictment 07 Cr. 750 (HB) (the "Indictment") in violations of 18 U.S.C. § 1341 and 2 for mail fraud and 18 U.S.C. § 1343 and 2 for wire fraud;

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 all property, real and personal, that constitutes or is derived from any proceeds the said defendant obtained directly traceable to the commission of, among other offenses, including, but not limited to a sum of money in the amount of $10 million in United States currency;

WHEREAS, on or about March 5, 2008, the Defendant WILSON JAMES BASTON pled guilty to counts one through seventeen of the Indictment;

WHEREAS, on or about August 7, 2008, the Defendant was sentenced to a forfeiture money judgment in the amount of $22,319,633.57 in United States Currency, representing the amount

of proceeds obtained as a result of the offenses charged in the Indictment; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses in the Indictment, for which the Defendant plead guilty, a money judgment in the amount of $22,319,633.57 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the Defendant, WILSON JAMES BASTON, at the time of sentencing and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       August ___, 2008

SO ORDERED:

_____
HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE