```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA

        - v. -

WILSON JAMES BASTON, JR.,
     a/k/a "Wil James,"
     a/k/a "Will James,"

                Defendant.
------------------------------------
```

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08

ORDER

07 Cr. 750 (HB)

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 5, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
             March ____, 2008

                                                      _____
                                                        HONORABLE HAROLD BAER, JR.
                                                        UNITED STATES DISTRICT JUDGE