Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

USA    v.

Wilson J. Baston

Docket No.: 07 Cr. 750 (HB)

Hon. Harold Baer
(District Court Judge)

Notice is hereby given that **Wilson Baston** appeals to the United States Court of Appeals for the Second Circuit from the judgment [____], other [____] _____
(specify)

entered in this action on **August 20, 2008**.
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date **August 20, 2008**

TO
UNITED STATES ATTORNEY, SDNY
ONE SAINT ANDREWS PLAZA
NEW YORK, NY 10007
ATTN: GLEN McGORTY
ADD ADDITIONAL PAGE (IF NECESSARY)

**Matthew J. Kluger**
(Counsel for Appellant)

Address **903 Sheridan Avenue, 2nd Floor**

**Bronx, New York 10451**

Telephone Number: **(718) 293-4900**

U.S. DISTRICT COURT FILED AUG 27 2008 S.D. OF N.Y.

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
    Reason
    [ ] Daily copy is available
    [ ] U.S. Attorney has placed order
    [ ] Other. Attach explanation

Prepare transcript of                    Dates
[✓] Prepare proceedings  plea/conviction  3/5/2008
[ ] Trial _____
[✓] Sentencing  8/7/2008
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds  [ ]    CJA Form 24 [✓]

ATTORNEY'S SIGNATURE _____    DATE **August 20, 2008**

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____  Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05